IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL STUDENTS FOR CHOICE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-cv-02096-RBW<br>) |
| ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### JOINT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND DEFENDANTS TO FILE A RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs and Defendants jointly move for an extension of time in this matter. Specifically, the parties seek (1) an extension of the deadline for Plaintiffs to file an amended complaint, and (2) an extension of the deadline for Defendants to file a responsive pleading until sixty days after Plaintiffs' amended complaint is filed.

This Court has discretion to grant a motion to extend the time in which to file a responsive pleading and an amended complaint, so long as good cause exists to do so. Fed. R. Civ. P. 6(b)(1); *see, e.g.*, *Woodruff v. McPhie*, 593 F. Supp. 2d 272, 276 (D.D.C. 2009). It should exercise that discretion here. The current deadline for Defendants to answer or move for dismissal of the complaint is December 12, 2017, and Plaintiffs' deadline to file an amended pleading is January 2, 2018. Dkt. 14; Fed. R. Civ. P. 15(a)(1). Because Plaintiffs are likely to amend their complaint, which may include the addition of new parties and/or factual allegations, the interests of judicial economy would be best served by deferring Defendants' deadline to file a

responsive pleading until after an amended complaint has been filed. The parties have conferred pursuant to Local Civil Rule 7(m), and agree that setting a deadline of February 5, 2018 for Plaintiffs to amend their complaint is appropriate, followed by a deadline of April 6, 2018 for Defendants to file a responsive pleading or motion to dismiss.

For these reasons, the parties respectfully request that the Court grant this motion and set a deadline for Plaintiffs to file an amended complaint on or before February 5, 2018, and a deadline of April 6, 2018 for Defendants to file their Answer or other response to the amended complaint.

Dated: December 7, 2017

Respectfully submitted,

/s/Sara S. Zdeb
Sara S. Zdeb (D.C. Bar #991065)
David J. Leviss (D.C. Bar # 1003724)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
(202) 383-5300
szdeb@omm.com
dleviss@omm.com

Jennifer B. Sokoler*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
(212) 326-2000
jsokoler@omm.com

Autumn Katz*
Hillary Schneller*
Madeline M. Gomez*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Fl.
New York, NY 10038
(917) 637-3723
akatz@reprorights.org
hschneller@reprorights.org
mgomez@reprorights.org

Priscilla J. Smith*
YALE LAW SCHOOL REPRODUCTIVE RIGHTS
AND JUSTICE PROJECT
319 Sterling Place
Brooklyn, NY 11238
(718) 399-9241
priscilla.smith@yale.edu

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

CHAD A. READLER
Principal Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Branch Director

 */s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel: 202-353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*