**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Medical Students for Choice, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 17-cv-02096-RBW |
| ERIC D. HARGAN, in his official capacity | ) | |
| as Acting Secretary of Health and Human | ) | |
| Services, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Medical Students for Choice, Natasha Reifenberg, and Jane Doe, by and through counsel, hereby give notice that they voluntarily dismiss without prejudice the above-captioned action against the defendants, Eric D. Hargan, the United States Department of Health and Human Services, R. Alexander Acosta, the United States Department of Labor, Steven T. Mnuchin, and the United States Department of Treasury.

Dated: February 2, 2018

Respectfully submitted,

| | |
|---|---|
| /s/Autumn Katz | Sara S. Zdeb (D.C. Bar #991065) |
| Autumn Katz* | David J. Leviss (D.C. Bar # 1003724) |
| Hillary Schneller* | Jennifer B. Sokoler* |
| Madeline M. Gomez* | O'MELVENY & MYERS LLP |
| CENTER FOR REPRODUCTIVE RIGHTS | Times Square Tower |
| 199 Water Street, 22nd Fl. | 7 Times Square |
| New York, NY 10038 | New York, NY  10036 |
| (917) 637-3723 | (212) 326-2000 |
| akatz@reprorights.org | szdeb@omm.com |
| hschneller@reprorights.org | dleviss@omm.com |
| mgomez@reprorights.org | jsokoler@omm.com |

1

Priscilla J. Smith*
YALE LAW SCHOOL REPRODUCTIVE RIGHTS
AND JUSTICE PROJECT
319 Sterling Place
Brooklyn, NY 11238
(718) 399-9241
priscilla.smith@yale.edu


*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Autumn Katz, hereby certify that on February 2, 2018, the foregoing Notice of

Voluntary Dismissal was served via ECF on counsel of record for the Defendants.

/s/ Autumn Katz
Autumn Katz*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Fl.
New York, NY 10038
(917) 637-3723
akatz@reprorights.org

Attorney for Plaintiffs
*Admitted *pro hac vice*